

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,        :
                                           :
                    **Plaintiff,**         :
                                           :        **02 Civ.  7514 (NRB)**
              **against-**                 :
                                           :
**HARVEY R. DOBROW AND LAWRENCE M.**       :
**DOBROW,**                                :
                                           :
                    **Defendants.**        :
-------------------------------------------------------------------x

### <u>ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR</u>

The Court, having reviewed the  Securities and Exchange Commission's Motion

to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting

Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry Investment

System ("CRIS") account number 02-CV-7514, under the case name designation "<u>SEC v.</u>

<u>Harvey R. Dobrow and Lawrence M. Dobrow,</u>" for the amount of $1,531.15 payable to

Damasco & Associates, for the payment of the fees and expenses of the Tax

Administrator as provided in the Declaration. The check shall contain the notation "SEC

v. Dobrow Distribution Fund, 02-CV-7514, Employee Identification Number 26-

0182379," and payment identification (*e.g.*, "Tax Administrator fees for 2008").

1

2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the SEC's billing number.

Dated: *February 23, 2009*

UNITED STATES DISTRICT JUDGE